HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Counsel for Defendant
DANIEL LESTER HANKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LESTER HANKINS,<br><br>Defendant. | Case No. 2:15-cr-00084-01-EFB<br><br>[PROPOSED] ORDER |

Pursuant to the Memorandum Disposition issued by the United States Court of Appeals for the Ninth Circuit in *United States v. Hankins* (Ninth Circuit Appeal No. 17-10121), the Office of the Clerk for the United States District Court for the Eastern District of California shall deduct from the $17,605.05 restitution amount owed by Daniel Lester Hankins pursuant to the Judgment and Commitment (Docket No. 64) the $1,604.81 that Jeremy Michael Hankins has already paid in *United States v. Hankins*, 2:15.cr-00084-2.

IT IS SO ORDERED.

Dated: October 3, 2018.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge